DocuSign Envelope ID: B0312DE8-8FD2-4CF7-B7ED-B98C9406285D

Victoria E. Brieant
Law Office of Victoria E. Brieant, P.A.
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, FL 33146
Telephone: (305) 421-7200
Email: victoria@brieantlaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GRASS LAW GROUP, PLLC, | / | |
| CLAIMANT, | / | Case No.: 22-cv-6912 |
| v. | / | |
| BRYAN W. YORKE, | / | |
| RESPONDENT. | / | |

VERIFIED PETITION TO CONFIRM AWARD OF ARBITRATION

Petitioner, Grass Law Group, PLLC, ("Petitioner"), by and through its undersigned attorney, respectfully alleges as follows:

1. This is a claim to confirm an arbitration award to recover attorney's fees. The jurisdiction of this court is based on the Federal Arbitration Act, 9 U.S.C. § 4, et seq.

2. Petitioner brings this action seeking an order confirming the arbitration award obtained by Petitioner against Bryan W. Yorke ("Respondent") in New York Arbitration proceedings (the "Final Award") and directing that judgment be entered in favor of Petitioner against Respondent.

1

3.  Venue here is proper pursuant to 9 U.S.C. § 9 in that the Award was obtained in this District pursuant to the parties' agreement to arbitrate disputes in New York County, New York.

4.  Defendant is subject to jurisdiction by its agreement to arbitrate this dispute in New York.

## The Parties and Underlying Claim

5.  On July 3, 2021, Petitioner and Respondent entered into an engagement letter pursuant to which Petitioner agreed to provide legal services of "corporate counsel, general advice in varied and related matters, including but not limited to goods and services transactions in the Personal Protection Equipment (PPE) sector." A true and correct copy of Petitioner's engagement letter with Respondent is attached hereto as Exhibit 1. [D.E. 1-1, Exhibit 1 to the Petition]

6.  Respondent Bryan Yorke is an individual residing at 159 East Walton Place, Chicago, Illinois 60611, and represented to Petitioner that he is the Managing Partner of Alpnu Medical Group, LLC and the Managing Partner of Jade-Luxe, LLC. Respondent sought Petitioner's legal services.

7.  Respondent breached the terms of the engagement letter and failed to pay Petitioner's legal fees.

8.  The parties' engagement letter is governed by New York law and provides for arbitration in the County of New York, State of New York, to settle any controversy or claim. [D.E. 1-1]

## The Award

9.  On December 17, 2021, Petitioner demanded arbitration pursuant to the terms of the Engagement Letter. [D.E. 1-1] Respondent failed to participate in the arbitration. A hearing

DocuSign Envelope ID: B0312DE8-8FD2-4CF7-B7ED-B98C9406285D

was held on April 18, 2022, after due notice to Respondent, and before an arbitrator of the American Arbitration Association. On April 27, 2022, the arbitrator held as follows:

> Claimant is granted the below amounts payable by Respondent:
>
> • $16,470.00 in attorney's fees payable to the Grass Law Group plus interest from September 30, 2021, at the rate of 1.75% per month to the date of this Award.
> • $5,000.00 in attorney's fees payable to Ignacio Alvarez, Esq.
> • Administrative fees payable to the American Arbitration Association of $925.00 and Arbitrator's compensation in the amount of $1,200.00 shall be borne by Respondent. Therefore, Respondent shall pay to the Claimant an amount of $2,215.00.

A true and correct copy of the Award is attached hereto as Exhibit 2. [D.E. 1-2]

10. Despite due demand, Yorke has failed to make payment to Petitioner for the amount awarded by the arbitrator.

11. Based on the Award, Petitioner is entitled to interest of $1998.26 for the period from September 30, 2021, to April 27, 2022 and interest of $464.10 for the period from April 27, 2022, to the filing date of this Petition, August 8, 2022. The Award of $16,470 plus interest to August 8, 2022, is $18,932.36.

12. Petitioner has incurred $2,500 in attorney's fees for this proceeding, $402 in the filing fee, and $135 for service of process on Respondence and would provide affidavits in support for the Court's consideration.

WHEREFORE, upon this Petition and accompanying memorandum of law, Petitioner respectfully prays that this Court enter an order confirming the Award and direct that a judgment be entered in favor of Petitioner against Respondent in an amount to be determined based on a final calculation of interest but not less than $29,184.36, including an award of attorney's fees and costs related to the action herein, and statutory interest.

///

Petitioner seeks such other and further relief as this Court deems necessary and proper.

Dated: August 14, 2022.  Respectfully submitted,

By: /s/ Victoria E. Brieant
Victoria E. Brieant
Law Office of Victoria E. Brieant, P.A.
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, FL 33146
Telephone: (305) 421-7200
Email: victoria@brieantlaw.com

Counsel for Petitioner
Grass Law Group PLLC

VERIFICATION

I declare under penalty of perjury of the laws of the State of New Yor that the foregoing is true and correct. Executed this 14th day of August, 2022 in New York, New York by:

By: ___*Laurel Grass*___
        44F2F884BAA643A...
Laurel Grass, principal in Petitioner
Grass Law Group PLLC.

4