UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRASS LAW GROUP, PLLC,

                      Petitioner,

             -v-

BRYAN W. YORKE,

                      Respondent.

22-CV-6912 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 6, 2023, Petitioner filed a motion for default judgment in this case. (ECF No. 14.) The motion is deficient because Petitioner has not obtained a Clerk's Certificate of Default, as required by Local Civil Rule 55.1 and 55.2 and this Court's Individual Practices in Civil Cases. Accordingly, on or before February 24, 2023, Petitioner shall file a new motion for default judgment in compliance with the following procedure:

    1. Obtain a Clerk's Certificate of Default by following the instructions in Section 16.1 of the SDNY's ECF Rules & Instructions, available at www.nysd.uscourts.gov/rules/ecf-related-instructions

    2. Re-file the motion for default judgment. Petitioner shall again serve the motion on Respondent and file an affidavit of service with the Court. The alternative service previously permitted at ECF No. 8 is permissible for the purposes of the motion for default judgment.

SO ORDERED.

Dated: February 9, 2023
       New York, New York

                                                        J. PAUL OETKEN
                                               United States District Judge