UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRASS LAW GROUP, PLLC,

                Petitioner,

-v -

BRYAN W. YORKE,

                Respondent.

22-CV-6912 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Petitioner filed a petition to confirm an arbitration award on August 14, 2022. (ECF No. 1.) The docket indicates that Respondent was served with the petition on December 28, 2022, after the Court approved the use of service by alternative means. (ECF No. 9.) Respondent has not filed an appearance or responded to the petition. He is therefore in default. (ECF No. 21.) The underlying arbitration award appears to be valid under the applicable law. (*See* ECF No. 1-2.)

    Accordingly, the petition to confirm arbitration is hereby GRANTED. Judgment shall be entered in favor of Petitioner and against Respondent in the total amount of $30,856.59, which comprises (1) a liquidated amount of $25,593.26 plus (2) interest at 9% per annum pursuant to New York Civil Practice Law and Rules (CPLR), from April 27, 2022, through March 10, 2023, amounting to $1,821.33, plus (3) costs and disbursements in this action in the amount of $942 ($402 filing fee and $540 for attempted service of process), plus (4) attorney's fees of $2,500. (*See* ECF No. 22-2.)

    The Clerk of Court is directed to enter judgment accordingly, to close the motion at ECF No. 22, and to close this case.

    SO ORDERED.

Dated: May 18, 2023
       New York, New York

                                                    _____
                                                         J. PAUL OETKEN
                                                      United States District Judge