UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GRASS LAW GROUP, PLLC,

                              Petitioner,                              22 **CIVIL** 6912 (JPO)

          -against-                                    **JUDGMENT**

BRYAN W. YORKE,

                              Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2023, the petition to confirm arbitration is hereby GRANTED. Judgment is entered in favor of Petitioner and against Respondent in the total amount of $30,856.59, which comprises (1) a liquidated amount of $25,593.26 plus (2) interest at 9% per annum pursuant to New York Civil Practice Law and Rules (CPLR), from April 27, 2022, through March 10, 2023, amounting to $1,821.33, plus (3) costs and disbursements in this action in the amount of $942 ($402 filing fee and $540 for attempted service of process), plus (4) attorney's fees of $2,500. (See ECF No. 22-2.); accordingly, the case is closed.

**Dated**: New York, New York
          May 18, 2023

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                      **BY:**      *K. Mango*
                                                              **Deputy Clerk**